IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE DUNCAN-BRANCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN MULTI-CINEMA, INC., )<br>)<br>Defendant. )<br>) | Civil Action File No.: 1:21-cv-2673-ELR |

## NOTICE OF REMOVAL

COMES NOW defendant American Multi-Cinema, Inc. ("AMC") and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully showing this Court the following:

1.

On June 1, 2021, plaintiff Katherine Duncan-Branch filed suit against AMC in the State Court of Cobb County, State of Georgia. A copy of the complaint and summons is attached hereto as Exhibit "A."

2.

In her complaint, plaintiff seeks to recover for personal injuries allegedly sustained as a result of a fall at a movie theater that occurred on or about February 3, 2020, at 1905 Scenic Highway North, Snellville, Georgia 30078.

3.

Plaintiff's complaint alleges she "sustained injury and incurred medical treatment and expense" (Exhibit A, Complaint ¶ 13).  Although plaintiff's complaint does not allege a specific amount of damages, plaintiff sent AMC a settlement demand before filing suit in which she alleged special damages totaling $186,280.66.  A true and correct copy of plaintiff's pre-suit settlement demand is attached hereto as Exhibit "B."

4.

Accordingly, it is fair and reasonable to conclude that the amount in controversy exceeds $75,000 based on "reasonable deductions, reasonable inferences, [and] other reasonable extrapolations." Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010).

5.

Under 28 U.S.C. § 1446(c), a defendant may file a notice of removal within thirty days of receipt through service or otherwise of an amended, pleading, motion, order, or other paper from which it first may be ascertained that the case is or has become removable. 28 U.S.C. § 1446(b)(3).

6.

"Other paper" is defined as any other document that is part and parcel of the State Court proceedings and has its origin and existence by virtue of the State

Court processes. In general, to constitute "other paper," the paper must result from the voluntary act of plaintiff to give the defendant notice of the circumstances that support federal jurisdiction. Items that have been held by courts to constitute "other paper" include correspondence between parties identifying damages and losses suffered by plaintiff, depositions, discovery responses, settlement agreements, and offers of judgment. Cameron v. Teeberry Logistics, LLC, 920 F. Supp. 2d 1309 (N.D. Ga. 2013); Bramlett v. Majric, 2012 U.S. Dist. LEXIS 133925 (N.D. Ga. 2012); Golden Apple Management Co. v. GEAC Computers, Inc., 990 F. Supp. 1364, 1368 (M.D. Ala. 1997); Wilson v. GMC, 888 F. 2d 779 (11th Cir. 1989).

7.

The thirty-day removal period does not begin to run until a defendant has been formally served with process. Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347 (1999).

8.

Defendant AMC was served with process on June 4, 2021.

9.

Defendant's Notice of Removal is timely and the matter and amount in controversy requirement of 28 U.S.C. § 1332 is satisfied.

10.

According to plaintiff's complaint, she is a resident and citizen of the State of Georgia. (Exhibit A, Complaint ¶ 1).

11.

Defendant AMC is a Missouri corporation with a principal place of business in Leawood, Kansas, as shown by the entity's corporate entry with the Kansas Secretary of State, a copy of which is attached as Exhibit "C". Defendant AMC's citizenship is therefore established in the State of Missouri and State of Kansas for diversity of citizenship purposes. *See* 28 U.S.C. § 1332(c) (providing that a corporation is deemed to be a citizen of every state in which it was incorporated, as well as the state in which it maintains its principal place of business).

12.

This Court has diversity jurisdiction over the suit under 28 U.S.C. § 1332 because (1) plaintiff and defendant are citizens of different states; and (2) the amount in controversy exceeds $75,000, exclusive of interests and costs.

13.

Attached hereto as Exhibit "D" and made a part hereof by reference is a true copy of the Notice of Removal filed by defendants in the State Court of Cobb County, Georgia.

14.

Attached hereto as Exhibit "E" are copies of all pleadings served upon defendant in this case.

WHEREFORE, defendant American Multi-Cinema, Inc. prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 2nd day of July, 2021.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lucy Aquino*
_____
David M. Atkinson
Georgia State Bar No. 026460
Lucy Aquino
Georgia State Bar No. 114433
*Attorneys for Defendant*

1355 Peachtree Street, NE, Suite 300
Atlanta, GA  30309
404-874-8800
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
lucy.aquino@swiftcurrie.com

# CERTIFICATE

Defendant in the case of <u>Katherine Duncan-Branch v. American Multi-Cinemas, Inc.,</u> Civil Action File No. 21-A-1952 in the State Court of Cobb County, Georgia, have given notice of the filing of the foregoing notice of removal to plaintiff Katherine Duncan-Branch, and her attorneys, by mailing a copy of the notice to Brian W. Craig, WOOD CRAIG & AVERY, LLC, 3520 Piedmont Road NE, Suite 280, Atlanta, GA 30305, and have filed a copy of the Notice of Removal with the Clerk of the State Court of Cobb County, Georgia, in accordance with the provisions of Title 28, United States Code, § 1446, Judiciary and Judicial Procedure, as amended.  The undersigned, Lucy Aquino, attorney for defendant American Multi-Cinema, Inc., hereby certifies to the truthfulness and correctness of the above statement.

This 2nd day of July, 2021.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Lucy Aquino*
        _____
        David M. Atkinson
        Georgia State Bar No. 026460
        Lucy Aquino
        Georgia State Bar No. 114433
        *Attorneys for Defendant*

1355 Peachtree Street, NE, Suite 300
Atlanta, GA  30309
404-874-8800
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
lucy.aquino@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that she has filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF-GA e-file and serve system which will send email notification of said filing to the following attorneys of record:

Brian W. Craig
WOOD CRAIG & AVERY, LLC
3520 Piedmont Road NE, Suite 280
Atlanta, GA 30305
brian@woodcraig.com
Attorney for the Plaintiff

This the 2nd day of July, 2021.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lucy Aquino*
_____
David M. Atkinson
Georgia State Bar No. 026460
Lucy Aquino
Georgia State Bar No. 114433
*Attorneys for Defendant*

1355 Peachtree Street, NE, Suite 300
Atlanta, GA  30309
404-874-8800
404-888-6199 (fax)
david.atkinson@swiftcurrie.com
lucy.aquino@swiftcurrie.com

4813-3294-7696, v. 1